# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-3770

_____

Dawn Netta Rucker,

          Appellant,

v.

University of Nebraska, at Omaha,

          Appellee.

\*      Appeal from the United States
\*      District Court for the
\*      District of Nebraska.

\*     [UNPUBLISHED]

_____

Submitted: February 21, 2002
Filed: March 4, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Dawn Netta Rucker appeals the district court's[1] denial of in forma pauperis status and pre-service dismissal of her action, without prejudice, for failure to pay the filing fee. We find no abuse of discretion in the dismissal, and accordingly affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska, adopting the report and recommendations of the Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District of Nebraska.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.